The Liu Law Firm
Long Z. Liu, SBN 236815
Jason W. Lee SBN (SBN 237092)
1163 Fairway Drive, Suite 105
City of Industry, CA 91789
Telephone: (909) 468-2165
Email: office@theliulawfirm.com

*Attorney for Plaintiff,*
DAVID D. LEE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID D. LEE, Individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION, a corporation; JEN-HSUN HUANG, an individual,<br><br>Defendants. | **CASE NO:**<br><br>**CERTIFICATION OF PLAINTIFF DAVID D. LEE PURSUANT TO THE PRIVATE SECURITIES LITIGATION REFORM ACT OF 1995** |

I, David D. Lee, hereby certify pursuant to 15 U.S.C. § 78u-4(a)(2)(A) as follows:

1. I have reviewed the Complaint filed in this action and authorize its filing on my behalf.
2. I did not purchase NVIDIA Corporation common stock at the direction of my counsel or for the purpose of participating in any private action arising under the federal securities laws.
3. I am willing to serve as a representative party on behalf of the proposed Class, including providing testimony at deposition and trial, if necessary.
4. My transactions in NVIDIA Corporation common stock during the Class Period alleged in the Complaint are accurately reflected in **Schedule A**, attached hereto and incorporated by reference. Schedule A identifies all purchases, acquisitions, sales, and other dispositions of NVIDIA common stock during the Class Period.
5. During the three years preceding the date of this Certification, I have not sought to serve as a representative party on behalf of a class in any other action arising under the Securities Exchange Act of 1934.
6. I will not accept any payment for serving as a representative party on behalf of the Class beyond my pro rata share of any recovery, except as ordered or approved by the Court in accordance with 15 U.S.C. § 78u-4(a)(4).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 10, 2026

David D. Lee

**David D. Lee**
*Plaintiff*

# SCHEDULE A

## TRANSACTIONS IN NVIDIA CORPORATION COMMON STOCK

**Plaintiff:** David D. Lee

**Proposed Class Period:** October 9, 2025–November 8, 2026

| Transaction Date | Transaction Type | Shares | Price Per Share | Total Amount |
|---|---|---|---|---|
| October 16, 2025 | Sale | 15 | $181.76 | $2,726.40 |
| November 25, 2025 | Purchase | 10 | $172.39 | $1,723.90 |

I certify that the foregoing schedule accurately identifies my transactions in NVIDIA Corporation common stock during the proposed Class Period.

Date: 11/10/2026

David D. Lee

David D. Lee