The Liu Law Firm
Long Z. Liu, SBN 236815
Jason W. Lee SBN (SBN 237092)
1163 Fairway Drive, Suite 105
City of Industry, CA 91789
Telephone: (909) 468-2165
Email: office@theliulawfirm.com

*Attorneys for Plaintiff*,
DAVID D. LEE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID D. LEE, Individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br>v.<br><br>NVIDIA CORPORATION, a corporation; JEN-HSUN HUANG, an individual,<br><br>Defendants. | **CASE NO:**<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no conflict or interest to report.

Dated: November 10, 2026

**THE LIU LAW FIRM**

_____/s/ Long Z. Liu_________

**LONG Z. LIU**

*Attorney for Plaintiff David D. Lee*