UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID D. LEE,<br>Plaintiff,<br>v.<br>NVIDIA CORPORATION, et al.,<br>Defendants. | Case No. 26-cv-14120-RS<br><br>**REFERRAL FOR RELATED CASE DETERMINATION** |

Pursuant to Civil Local Rule 3-12(c), this matter is hereby referred to the Honorable Charles R. Breyer for a determination as to whether it is related to *Kristenmacher v. Nvidia*, 26-cv-13448, within the meaning of Civil Local Rule 3-12(a).

**IT IS SO ORDERED**.

Dated: November 23, 2026

RICHARD SEEBORG
United States District Judge

United States District Court
Northern District of California